USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021

**O S B O R N  L A W, p.c.**

43 West 43rd Street, Suite131
New York, New York 10036

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 500 - 5115

January 30, 2021

<u>VIA ECF</u>

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Arch v. Commissioner of Social Security*,
              <u>Civil Action No. 1:20-cv-02842-VSB-RWL</u>

Dear Judge Lehrburger,

      We write on behalf of plaintiff, Nicole Arch, and with the consent of the defendant to request a 14-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is currently due on **February 2, 2021**. Plaintiff respectfully requests an extension of time up to and including, **February 16, 2021**. This is plaintiff's second request for an extension of time.

      Subject to the approval of the Court, the parties propose the following amended briefing schedule:

Honorable Robert W. Lehrburger
January 30, 2021
Page 2

a. Plaintiff to serve her motion for judgment on the pleadings on or before **February 16, 2021**;
b. Defendant to serve its response/cross-motion on or before **April 14, 2021**; and
c. Plaintiff to serve her reply (if any) on or before **May 8, 2020**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Heetano Shamsoondar, Esq. (by ECF)

SO ORDERED:
2/1/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE