**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NICOLE ARCH,

                Plaintiff,                        20 **CIVIL** 2842 (VSB)

     -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2021, the Report and Recommendation is adopted in its entirety. Plaintiff's motion for judgment on the pleadings, (Doc. 28), is GRANTED, and Defendant's motion for judgment on the pleadings, (Doc. 31), is DENIED. This case is remanded for further proceedings consistent with the Report and Recommendation.

**Dated:** New York, New York
         October 8, 2021

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                                               BY:
                                                         Deputy Clerk